UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 09-3128

CARLEN URIEL HIGGS,
Petitioner

v.

ATTORNEY GENERAL OF THE UNITED STATES,
Respondent

(Agency No. A046-018-938)

Present:  FUENTES, FISHER and NYGAARD, Circuit Judges

Motion by Petitioner To Amend the Opinion Issued on 08/25/2011.

Respectfully,
Clerk/pdb

_____ORDER_____
The foregoing motion is granted.  The opinion shall be amended so that Ryan Christian is omitted from the listing of petitioner's counsel.  Petitioner's counsel shall be listed as follows:

Thomas S. Jones, Esq.
Alison M. Kilmartin, Esq.
Jones Day 500 Grant Street, Suite 4500
Pittsburgh, PA 15219
Counsel for Petitioner

By the Court,

/s/  Julio M. Fuentes
Circuit Judge

Dated: September 19, 2011
PDB/cc: All Counsel of Record